UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:16-cr-00034-DAD |
| Plaintiff, | |
| v. | ORDER OF RELEASE TO WESTCARE |
| VANESSA RANAE BELTRAN, | |
| Defendant. | |

The above named defendant having been sentenced on November 14, 2016, to 90 days custody (TIME WILL BE SERVED on November 16, 2016), followed by 24 months supervised release,

IT IS HEREBY ORDERED that the defendant shall be transported from Lerdo to Fresno County Jail by the US Marshal and released to Westcare on Wednesday, November 16, 2016. Judgment and Commitment Order to follow.

IT IS SO ORDERED.

Dated: **November 14, 2016**       _____
UNITED STATES DISTRICT JUDGE