HEATHER E. WILLIAMS, Bar #122664
Federal Defender
CHARLES J. LEE, Bar #221057
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: 559-487-5561/Fax: 559-487-5950

Attorneys for Defendant
VANESSA RANAE BELTRAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:16-cr-00034-DAD |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE SENTENCING |
| vs. | DATE: December 18, 2017 |
| VANESSA RANAE BELTRAN, | TIME: 10:00 a.m. |
| Defendant. | JUDGE: Hon. Dale A. Drozd |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel, that the sentencing on the supervised release violation in the above-captioned matter now set for December 4, 2017 may be continued to December 18, 2017 at 10:00 a.m. before the Honorable Dale A. Drozd.

Defense counsel is requesting the additional time to have some future meetings with Ms. Beltran and to further prepare for the sentencing hearing. As Ms. Beltran is currently housed in the Lerdo Jail, and with the bus service only on Mondays and Wednesdays and due to scheduling conflicts, defense counsel has had limited meetings with Ms. Beltran and wishes to spend additional time with her in preparation of the hearing.

Both counsel for the government, as well as the probation officer on the case, are agreeable to the requested date.

/ / /

As this is a supervised release petition, no exclusion of time is necessary under the Speedy Trial Act.

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

DATED:  November 27, 2017                    _/s/ Henry Carbajal_____
HENRY CARBAJAL
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

DATED:  November 27, 2017                    _/s/ Charles J. Lee_____
CHARLES J. LEE
Assistant Federal Defender
Attorneys for Defendant
VANESSA RANAE BELTRAN

## O R D E R

The court has reviewed and considered the stipulation of the parties to continue the sentencing on the supervised release violation in this case.  Good cause appearing, the sentencing hearing as to the above named defendant currently scheduled for December 4, 2017, is continued until December 18, 2017, at 10:00 a.m. in courtroom 5 before District Judge Dale A. Drozd.

IT IS SO ORDERED.

Dated:  __**November 27, 2017**__        _____
                                         UNITED STATES DISTRICT JUDGE